Carl ROUSSEL and Lyn Roussel,
Plaintiffs–Appellants,

v.

MUNICIPALITY OF BOSSIER CITY;
David Jones; Don Williams; Jeffrey
Darby; P.O. DePrang; Faye Rawls;
James W. Rogers, Dr., Defendants–Ap-
pellees.

No. M 02–30965.

United States Court of Appeals,
Fifth Circuit.

Aug. 7, 2003.

Before DAVIS, SMITH, and DUHÉ,
Circuit Judges.

PER CURIAM:*

The plaintiffs bring various constitution-
al and state law claims regarding the deni-
al of their applications to operate a sexual-
ly oriented business. After a bench trial,
the district court concluded that the ordi-
nance at issue was a valid time, place, and
manner regulation, and entered judgment
for defendants.

We have read the briefs and pertinent
portions of the record and have heard the
arguments of counsel. On the basis of
well settled law in this circuit and in the
Supreme Court, the judgment is AF-

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

FIRMED, essentially for the reasons giv-
en by the district court.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.